FILED

12/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0384

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 21-0384

IN THE MATTER OF:

J.S.,

   Youth In Need Of Care.

**ORDER**

   Upon consideration of Father and Appellant, and with good cause shown,

Father and Appellant C.G. is hereby granted an extension of time until January 21,

2022 in which to prepare, file and serve Father and Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2021